UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AEI WILLIAMS GROUP, CO.,<br><br>Defendant. | CASE NO. C19-0616JLR<br><br>ORDER |

Pursuant to the court's March 9, 2020, order, a contempt hearing is scheduled in this matter for April 6, 2020, at 1:30 PM. (*See* 3/9/20 Order (Dkt. # 20) at 2-3.) On March 17, 2020, Chief Judge Ricardo S. Martinez issued General Order 02-20 in response to the declaration of a national emergency over the outbreak of COVID-19. *See* W.D. Wash. Gen. Order 02-20. The General Order states that "[a]ll civil . . . hearings . . .

scheduled to occur before June 1, 2020, are continued pending further order of the Court." *See id.* at 2, ¶ 2. As a result, the April 6, 2020, contempt hearing cannot take place on that date or on any date prior to June 1, 2020. The court, therefore, STRIKES the April 6, 2020, contempt hearing. The court ORDERS Plaintiffs to file a status report by June 5, 2020, that updates the court on the status of this matter and on whether a contempt hearing remains necessary. The court further ORDERS Plaintiffs to serve both AEI Williams Group, Co. and Elmore W. Williams III with a copy of this order by mail by no later than April 1, 2020.

Dated this 24th day of March, 2020.

JAMES L. ROBART
United States District Judge