THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND; LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS-EMPLOYERS CONSTRUCTION INDUSTRY RETIREMENT FUND; WESTERN WASHINGTON OPERATING ENGINEERS-EMPLOYERS TRAINING TRUST FUND; and LOCAL 302 INTERNATIONAL UNION OF OPERATING ENGINEERS,<br><br>            Plaintiffs,<br><br>   v.<br><br>AEI WILLIAMS GROUP, CO., a Washington Corporation,<br><br>            Defendant. | NO. 2:19-cv-00616-JLR<br><br>STIPULATION AND NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF |

## I. STIPULATION

1  Plaintiffs, through withdrawing attorney, Russell J. Reid of Reid, McCarthy, Ballew
2  & Leahy, LLP, stipulate to the following pursuant to LCR 83.2(b)(1) and (2):
3     1.  The Plaintiff Trustees on behalf of the LOCALS 302 AND 612 OF THE
4  INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION
5  INDUSTRY HEALTH AND SECURITY FUND; LOCALS 302 AND 612 OF THE
6  INTERNATIONAL UNION OF OPERATING ENGINEERS-EMPLOYERS
7  CONSTRUCTION INDUSTRY RETIREMENT FUND; WESTERN WASHINGTON
8  OPERATING ENGINEERS-EMPLOYERS TRAINING TRUST FUND; and LOCAL 302
9  INTERNATIONAL UNION OF OPERATING ENGINEERS wish to substitute counsel in
10 this matter;
11    2.  The law firm of Reid, McCarthy, Ballew & Leahy, LLP are withdrawing as
12 counsel for Plaintiffs; and
13    3.  Noelle E. Dwarzski and Barlow Coughran Morales & Josephson are
14 substituting as counsel for the Plaintiffs.
15    DATED this 7th day of August, 2020.

Withdrawing Attorneys for the Plaintiffs

*/s/ Russel J. Reid* (with permission)
Russell J. Reid

REID, McCARTHY, BALLEW & LEAHY, LLP
100 West Harrison St., North Tower, Ste. 300
Seattle, WA  98119
(206) 285-0464
Email:  rjr@rmbllaw.com

STIPULATION AND NOTICE OF SUBSTITUTION
Cause No. 2:19-cv-00616-JLR– Page 2
5800 001 dh03dq01m5

DATED this 7th day of August, 2020.

Substituting Attorney for Plaintiffs

/s/ *Noelle E. Dwarzski*
Noelle E. Dwarzski

BARLOW COUGHRAN MORALES & JOSEPHSON, P.S.
1325 Fourth Avenue, Suite 910
Seattle, WA 98101
(206) 224-9900
Email: noelled@bcmjlaw.com

## II. ORDER

This matter is before the Court on the Parties' stipulation. The Court has reviewed the stipulation, as well as the record and files herein and HEREBY ORDERS:

1. Russell J. Reid and the law firm of McCarthy, Ballew & Leahy, LLP have leave to withdraw as counsel for the Plaintiffs; and

2. Noelle E. Dwarzski and Barlow Coughran Morales & Josephson have leave to substitute as counsel for the Plaintiffs.

DATED this 10th day of August, 2020.

HONORABLE JAMES L. ROBART
United States District Judge